**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED
SEP 24 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States District Court | District Eastern District Missouri |
|---|---|
| Name (under which you were convicted): Dwayne Ramsey | Docket or Case No.: 4:17-cr-00508-SNLS-1 |
| Place of Confinement: FCI Memphis | Prisoner No.: 10672-025 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. Dwayne Ramsey | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   U.S. District court Eastern District of Missouri, 1010 Market St. Suite 200 St. Louis, MO 63101

   (b) Criminal docket or case number (if you know): 4:17-cr-0058-SNLJ-1

2. (a) Date of the judgment of conviction (if you know): May 2, 2018

   (b) Date of sentencing: December 13, 2018

3. Length of sentence: Seventy-six months (76)

4. Nature of crime (all counts): Felon in possession of Firearm

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   Plead guilty to one (1) count

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____

   _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised: _____

   _____
   _____
   _____
   _____
   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
    (2) Docket or case number (if you know): _____
    (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____
  (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒
  (7) Result: _____
  (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
  (1) Name of court: _____
  (2) Docket or case number (if you know): _____
  (3) Date of filing (if you know): _____
  (4) Nature of the proceeding: _____
  (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒
  (7) Result: _____
  (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
  (1) First petition:   Yes ☐   No ☒
  (2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: <u>There never was a appeal filed on Movant's behalf</u>

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Ineffective assistance of counsel</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>Petitioner Ramsey was instructed by Assistant Federal Public Defender (William T. Marsh), To withdraw motion of objection to petitioner Ramsey, (P.S.R.) that obtaine a increase of four (4) levels to petitioner Ramsey base offense levels... After several resets of sentencing dates... And abated talks. Councel (William T. Marsh) presented a offer giving by, United States Attorney (Linda R. Lane). An offer of fifty-four (54) months, only if petitioner Ramsey agree to withdraw motion of objection, and was to agree to and accept the four (4) levels to petitioner Ramsey base offense levels. Petitioner Ramsey agreed... (Please see attached page)</u>

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: <u>There never was a appeal filed on Movant's behalf.</u>

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐    No ☒
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

ATTACHMENT

Motion under 28 U.S.C. 2255
continue from page 5. Questionaire 12-A,

And on sentencing day (12-13-2018), United States Attorney (Linda Lane), recommended the offer of fifty-four (54) months in open court, before District Judge (Stephen N. Limbaugh, Jr). District Judge (Stephen N. Limbaugh, Jr) decided agaisnt United States Attorney (Linda Lane's) offer of fifty-four (54) months, instead a judgement was announced for Petitioner Ramsey to serve seventy-six (76) months.

This decision was clearly a breach of sentencing agreement between United States Attorney (Linda R. Lane) and petitioner Ramsy. (See sentencing transcript)

To farther support petitioner Ramsey of ineffective assistance of counsel. Petitioner Ramsey believes that the four (4) level enhancement was based on two misdemeanor(s). This should have been argues by represented counsel (William T. Marsh)

Petitioner Ramsy Claims, Ineffective assistance of counsel and also request that an order be entered on the docket to swiftly vacate, setaside, or correct previous sentence.

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **No Appeal Filed**

_____

_____

_____

GROUND TWO: __N/A__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__N/A__

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____No Appeal Filed_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **There never was a appeal filed on Movants behalf**

GROUND THREE: **N/A**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **N/A**

(b) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: **There never was an appeal filed on the Movants behalf**

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **No appeal filed**

GROUND FOUR: **N/A**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   **N/A**

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>There never was an appeal filed on the Movants behalf</u>

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: <u>Ineffective assistance of councel. Reaseons: Movants setaside time recapitulate the facts of petitioner Ramsey case.</u>

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ___

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: <u>Federal public defender, (Nanci McCarthy)</u>

(b) At arraignment and plea: <u>Federal Public defender, (Lucille Liggett)</u>

(c) At trial: <u>N/A</u>

(d) At sentencing: <u>Federal public defender, (William T. Marsh)</u>

(e) On appeal: __N/A__

(f) In any post-conviction proceeding: __Federal public defender, (William T. Marsh)__

(g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☒ No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __U.S. District Court, Southern District of Illinois (East St. Louis)__

    (b) Give the date the other sentence was imposed: __January 23, 2019__

    (c) Give the length of the other sentence: __One (1) year - one (1) day__

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☒

Page 14

Therefore, movant asks that the Court grant the following relief:

<u>An order be entered on the docket to swiftly vacate, set-aside, or correct previous sentence.</u>

or any other relief to which movant may be entitled.

<u>         N/A         </u>
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____
_____